171 A.3d 616

**MOFOR**

v.

**N.E.C. TOWING**

**Pet. Docket No. 248, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

(No. 03–C–16–012365, Circuit Court for Baltimore County.)

Petition for writ of certiorari dismissed.

171 A.3d 616

**MORRISON, Abras S.Q.**

v.

**STATE of Maryland, et al.**

**Pet. Docket No. 215, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 546, Sept. Term, 2016).

Petition for writ of certiorari denied.